IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA; MUNICIPAL WORKERS COMPENSATION FUND, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., WARNER-LAMBERT COMPANY LLC; WARNER-LAMBERT COMPANY; PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT COMPANY AND WARNER-LAMBERT COMPANY LLC; DAVID LONGMIRE, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

RECEIVED

2006 JUN 13 P 3: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:06CV524-F

## CORPORATE DISCLOSURE STATEMENT

Pfizer Inc. files this Corporate Disclosure Statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure:

1. Pfizer Inc. has no parent companies and no publicly held corporation owns 10% or more of Pfizer Inc.'s stock.

2. Warner-Lambert Company is the predecessor company to Warner-Lambert Company LLC, which is a wholly owned subsidiary of Pfizer Inc.

3. Following Pfizer Inc.'s acquisition of Warner-Lambert Company in June 2000, Defendant Parke-Davis, a division of Warner-Lambert Company, ceased to exist as a separate entity. Therefore, Parke-Davis does not currently have a parent company, and no publicly held corporation owns 10% or more of Parke-Davis' stock.

DATED this 13th day of June 2006.

Respectfully submitted,

_____
Brian A. Wahl (WAH003)
One of the Attorneys for Pfizer Inc.

**OF COUNSEL:**

Fred M. Haston III (HAS012)
Andrew B. Johnson (JOH168)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

**COUNSEL FOR BLUE CROSS AND BLUE SHIELD OF ALABAMA**
Kimberly Redman West
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL  35253-0910

Pamela Beard Slate
Slate Kennedy LLC
166 Commerce Street, Suite 350
Montgomery, AL  36104-2560

**COUNSEL FOR MUNICIPAL WORKERS COMPENSATION FUND, INC.**
Josh K. Wright
Hollis & Wright, P.C.
505 North 20th Street
Suite 1750
Birmingham, AL  35203

2

**DAVID REYNOLDS LONGMIRE, M.D.**
13150 Highway 43
Russellville, Alabama  35653

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this __13th__ day of June 2006.

_____
OF COUNSEL