# EXHIBIT A

MDL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10981-PBS

Harden Manufacturing Corporation v. Pfizer, Inc. et al  
Assigned to: Judge Patti B. Saris  
Referred to: Magistrate Judge Leo T. Sorokin  
Lead case: 1:04-cv-10981-PBS   (View Member Cases)  
Related Cases: 1:96-cv-11651-PBS  
                 1:04-cv-10958-PBS  
                 1:04-cv-10984-PBS  
                 1:05-cv-10797-PBS  
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 05/14/2004  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2006 | 278 | MOTION for Clarification re Order on Motion for Extension of Time, by Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Kaiser Foundation Hospitals.(Hess-Mahan, Theodore) (Entered: 02/17/2006) |
| 02/17/2006 | 279 | Magistrate Judge Leo T. Sorokin : Upon further review and reflection, all of the pending Motions for Remand (including the Allen, Assurant and Medero Motions for Remand which are Docket Numbers 131, 156 and 219 respectively) are stayed pending resolution of class certification. ORDER entered. (Simeone, Maria) (Entered: 02/17/2006) |
| 02/17/2006 |  | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered STAYING the following Motions in accordance with the order; 131 MOTION to Remand filed by Laura Allen, 219 MOTION to Remand *(Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 and Notice of Appearance of counsel* filed by Ana Medero,, Shirley Levin,, 156 MOTION Assurant Plaintiffs' Notice of Motion and Motion for Court to Issue a Suggestion to the Panel to Return Assurant Plaintiffs' Civil Action to the Transferor Court filed by Assurant Plaintiffs,.(Simeone, Maria) (Entered: 02/22/2006) |
| 03/01/2006 | 280 | Opposition re 276 MOTION for Reconsideration re 270 Order on Motion to Compel,, Order on Motion for Protective Order,,, *seeking reconsideration of Order Staying Discovery* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 03/01/2006) |
| 03/01/2006 | 281 | Opposition re 277 MOTION seeking entry of Case Management Order No. 5 *so as to establish the use of a Defendants' Case Profile Form* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 03/01/2006) |
| 03/01/2006 | 282 | STATUS REPORT *March 1, 2006* by Pfizer, Inc.. (Chaffin, David) |

| | | (Entered: 03/01/2006) |
|---|---|---|
| 03/03/2006 | 283 | OBJECTION to 269 Report and Recommendations filed by Aetna, Inc., Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Kaiser Foundation Hospitals. (Attachments: # 1 Exhibit 1-3)(Pease, Peter) (Entered: 03/03/2006) |
| 03/03/2006 | 284 | CERTIFICATE OF SERVICE by Aetna, Inc., Guardian Life Insurance Company of America, Kaiser Foundation Health Plan, Kaiser Foundation Hospitals re 283 Objection to Report and Recommendations. (Pease, Peter) (Entered: 03/03/2006) |
| 03/03/2006 | 285 | DECLARATION *of Patrick J. Murray in Support of Defendants' Objections to Report and Recommendation of Magistrate Judge Leo T. Sorokin Dated January 31, 2006* by Pfizer, Inc.. (Attachments: # 1 Exhibit 1 and Exhibit 2# 2 Exhibit 3# 3 Exhibit 4# 4 Exhibit 5 Part 1 of 3# 5 Exhibit 5 Part 2 of 3# 6 Exhibit 5 Part 3 of 3# 7 Exhibit 6 and Exhibit 7# 8 Exhibit 8 and Exhibit 9# 9 Exhibit 10)(Chaffin, David) (Entered: 03/03/2006) |
| 03/03/2006 | 286 | Objection to 269 REPORT AND RECOMMENDATIONS re 58 MOTION to Dismiss *First Coordinated Amended Complaint* filed by Pfizer, Inc.,, 59 MOTION to Dismiss *Amended Class Action Complaint* filed by Pfizer, Inc., by Pfizer, Inc.. (Chaffin, David) (Entered: 03/03/2006) |
| 03/03/2006 | 287 | MEMORANDUM OF LAW by Pfizer, Inc. to 286 Objection,. (Chaffin, David) (Entered: 03/03/2006) |
| 03/03/2006 | 288 | OBJECTION to 269 Report and Recommendations *ON DEFENDANTS' MOTIONS TO DISMISS THE AMENDED CLASS COMPLAINT AND THE FIRST COORDINATED AMENDED COMPLAINT* filed by Members of the Class Plaintiffs Steering Committee, Members of the Plaintiffs Non-Class Steering Committee. (Himmelstein, Barry) (Entered: 03/03/2006) |
| 03/06/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Justine Kaiser. The ECF Help desk has contacted the law firm, who advised that Ms. Kaiser is no longer employed by the firm. The Help Desk has removed her e-mail address from the docket to prevent the return of additional undeliverable notices. (Hurley, Virginia) (Entered: 03/06/2006) |
| 03/06/2006 | 289 | *Assurant Plaintiffs' Objections to Order Staying Remand Determination of Their Remand Motion* NOTICE OF APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Assurant Plaintiffs (Daley, Annamarie) (Entered: 03/06/2006) |
| 03/06/2006 | 290 | CERTIFICATE OF SERVICE by Assurant Plaintiffs re 291 Objections. (Daley, Annamarie) Modified on 3/7/2006 (Patch, Christine). (Entered: 03/06/2006) |
| 03/06/2006 | 291 | ObjectionS to 279 Order Staying Remand, by Assurant Plaintiffs. Re- |

| | | |
|---|---|---|
| | | entered by court staff to correct data entry error. (Patch, Christine) (Entered: 03/07/2006) |
| 03/07/2006 | | Documents terminated: 289 Notice of Appeal of Magistrate Judge Decision to District Court filed by Assurant Plaintiffs,. (Patch, Christine) (Entered: 03/07/2006) |
| 03/07/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 289 terminated because it was filed using the incorrect event. Please refer to Document No. 291 for corrected filing (Patch, Christine) (Entered: 03/07/2006) |
| 03/08/2006 | 292 | Assented to MOTION to Withdraw as Attorney by Pfizer, Inc..(Murray, James) (Entered: 03/08/2006) |
| 03/08/2006 | 293 | Assented to MOTION to Withdraw as Attorney by Pfizer, Inc.. (Abdelhamid, Reema) (Entered: 03/08/2006) |
| 03/10/2006 | | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 292 Motion to Withdraw as Attorney., granting 293 Motion to Withdraw as Attorney. (Simeone, Maria) (Entered: 03/10/2006) |
| 03/14/2006 | 294 | Magistrate Judge Leo T. Sorokin : ORDER ON PRODUCT LIABILITY PLAINTIFFS MOTIONS entered; For the foregoing reasons, the Products Liability Plaintiffs' Motion for Reconsideration of the Order Staying Discovery (Docket #276) is DENIED and Products Liability Plaintiffs' Motion for Entry of Case Management Order No. 5 (Docket #277), which essentially requests discovery in the products liability actions, is DENIED WITHOUT PREJUDICE as premature at this time. (Simeone, Maria) Additional attachment(s) added on 4/6/2006 (Simeone, Maria). (Entered: 03/14/2006) |
| 03/20/2006 | 295 | Response by Pfizer, Inc. to 291 Objection *Memorandum in Opposition to Assurant Plaintiffs' Objections to Order Staying Remand Determination.* (Chaffin, David) (Entered: 03/20/2006) |
| 03/21/2006 | 296 | MOTION to Remand by Elmenia Johnson.(Patch, Christine) (Entered: 03/27/2006) |
| 03/21/2006 | 297 | MEMORANDUM in Support re 296 MOTION to Remand filed by Elmenia Johnson. (Patch, Christine) (Entered: 03/27/2006) |
| 03/27/2006 | 298 | NOTICE issued to Attorney Paul E. Mayeaux and Robert L. Manard regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Patch, Christine) (Entered: 03/27/2006) |
| 03/27/2006 | 299 | Letter to Clerk from Scott Reed Tounlund re: obtaining a copy of civil complaint filed by Finklelstein and Partners against Pfizer. (Patch, Christine) (Entered: 03/29/2006) |
| 03/29/2006 | | DOCKET SHEET sent to Scott Reed Tounlund. (Patch, Christine) (Entered: 03/29/2006) |
| | | |

| | | |
|---|---|---|
| 03/31/2006 | | Judge Patti B. Saris : Electronic ORDER entered staying 204 Motion to Certify Class. "This is stayed pending resolution of the motions to dismiss." (Patch, Christine) (Entered: 04/03/2006) |
| 04/03/2006 | 300 | STATUS REPORT *April 1, 2006* by All Plaintiffs. (Sobol, Thomas) (Entered: 04/03/2006) |
| 04/10/2006 | 301 | REPLY TO OBJECTION to 269 Report and Recommendations *PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS* filed by Members of the Class Plaintiffs Steering Committee, Members of the Plaintiffs Non-Class Steering Committee. (Himmelstein, Barry) (Entered: 04/10/2006) |
| 04/10/2006 | 302 | DECLARATION re 301 Reply to Objection to Report and Recommendations, *DECLARATION OF ILYAS J. RONA IN SUPPORT OF PLAINTIFFS' JOINT RESPONSE TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LEO T. SOROKIN DATED JANUARY 31, 2006* by Members of the Class Plaintiffs Steering Committee, Members of the Plaintiffs Non-Class Steering Committee. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B)(Himmelstein, Barry) (Entered: 04/10/2006) |
| 04/10/2006 | 303 | REPLY TO OBJECTION to 269 Report and Recommendations *PLAINTIFFS' JOINT RESPONSE TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE LEO T. SOROKIN DATED JANUARY 31, 2006* filed by Members of the Class Plaintiffs Steering Committee, Members of the Plaintiffs Non-Class Steering Committee. (Himmelstein, Barry) (Entered: 04/10/2006) |
| 04/10/2006 | 304 | MEMORANDUM OF LAW by Pfizer, Inc. to 288 Objection to Report and Recommendations,. (Chaffin, David) (Entered: 04/10/2006) |
| 04/10/2006 | 305 | DECLARATION re 304 Memorandum of Law *of Patrick J. Murray* by Pfizer, Inc.. (Chaffin, David) (Entered: 04/10/2006) |
| 04/14/2006 | 306 | NOTICE of Hearing re: Objections to 269 Report and Recommendations. Hearing set for 5/3/2006 02:30 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 04/14/2006) |
| 05/01/2006 | 307 | STATUS REPORT *May 1, 2006* by Pfizer, Inc.. (Chaffin, David) (Entered: 05/01/2006) |
| 05/02/2006 | 308 | Letter/request (non-motion) from Members of Products Liability Plaintiffs' Steering Comittee *requesting a status conference*. (Polimeni, Eleanor) (Entered: 05/02/2006) |
| 05/03/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Hearing re Objections to Report and Recommendation held on 5/3/2006. Court hears argument of counsel. Court sets discovery and motion filing schedule. Summary Judgment Hearing set for 6/7/07 at 2:00 p.m. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 05/03/2006) |

| | | |
|---|---|---|
| 05/04/2006 | 309 | Magistrate Judge Leo T. Sorokin : ORDER entered. See attached Order regarding Products Liability Actions. A hearing on discovery issues has been set for Thursday, May 18, 2006 at 10:00 a.m. in Courtroom 14 before Judge Sorokin. (Tyler, Rebecca) (Entered: 05/04/2006) |
| 05/04/2006 | 314 | Judge Patti B. Saris : ORDER entered. PRODUCT LIABILITY SCHEDULING ORDER:Fact Discovery to be completed by 12/31/2006. Depositions: 12/31/06. Plaintiff's expert designation deadline: 1/31/07; defendant's expert designation deadline: 3/14/07. Summary Judgment Motion due by 4/15/2007; opposition due by 5/15/07. Hearing on Summary Judgment or Pretrial Conference set for 6/7/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 05/09/2006) |
| 05/05/2006 | 310 | NOTICE by all defendants *OF SUPPLEMENTAL AUTHORITY* (Chaffin, David) (Entered: 05/05/2006) |
| 05/05/2006 | | ELECTRONIC NOTICE of Hearing : The Court will hold a hearing regarding the Products Liability discovery matters on Thursday May 18, 2006 at 10:00 a.m. in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 05/05/2006) |
| 05/08/2006 | 311 | Response by Members of the Plaintiffs Product Liability Steering Committee to 309 Order *Regarding Products Liability Actions*. (Polimeni, Eleanor) (Entered: 05/08/2006) |
| 05/08/2006 | 312 | NOTICE by Pfizer, Inc. *Response To Magistrate Judge Sorokin's Request for Listing of Filings* (Chaffin, David) (Entered: 05/08/2006) |
| 05/08/2006 | 313 | Response by Pfizer, Inc. to 309 Order Requesting Listing of Filings. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 05/09/2006) |
| 05/09/2006 | | Documents terminated: 312 Notice (Other) filed by Pfizer, Inc.,. (Patch, Christine) (Entered: 05/09/2006) |
| 05/09/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 312 corrected because: it was filed using the incorrect event. Please refer to Document No. 313 for corrected filing. (Patch, Christine) (Entered: 05/09/2006) |
| 05/12/2006 | 315 | OBJECTION to 269 Report and Recommendations *PLAINTIFFS' POST-HEARING SUBMISSION REGARDING FDA RULE* filed by Members of the Class Plaintiffs Steering Committee, Members of the Plaintiffs Non-Class Steering Committee. (Himmelstein, Barry) (Entered: 05/12/2006) |
| 05/12/2006 | 316 | OBJECTION to 269 Report and Recommendations *PLAINTIFFS' POST-HEARING SUBMISSION OF CHART IDENTIFYING FALSE STATEMENTS AND MATERIAL OMISSIONS ALLEGED IN COMPLAINTS* filed by Members of the Class Plaintiffs Steering Committee, Members of the Plaintiffs Non-Class Steering Committee. (Attachments: # 1 Exhibit Exhibit A)(Himmelstein, Barry) (Entered: 05/12/2006) |
| | | |

| | | |
|---|---|---|
| 05/16/2006 | 320 | NOTICE of Change of Firm and Address by Jerry Hollaway, Carolyn Hollaway (Patch, Christine) (Entered: 05/18/2006) |
| 05/17/2006 | 317 | NOTICE of Appearance by Edmund Polubinski, III on behalf of Pfizer, Inc. (Polubinski, Edmund) (Entered: 05/17/2006) |
| 05/17/2006 | 318 | MOTION for Order to to Lift Stay of Remand by Assurant Plaintiffs. (Vesel, Jeffrey) (Entered: 05/17/2006) |
| 05/17/2006 | 319 | MEMORANDUM in Support re 318 MOTION for Order to to Lift Stay of Remand filed by Assurant Plaintiffs. (Attachments: # 1 Certificate of Service)(Vesel, Jeffrey) (Entered: 05/17/2006) |
| 05/18/2006 | | Electronic Clerk's Notes for proceedings held before Judge Leo T. Sorokin : Motion Hearing held on 5/18/2006 re 161 MOTION for Protective Order Concerning Scope of Discovery filed by Pfizer, Inc. Attorneys Fromson and Finkelstein present for Plaintiffs; Attorneys Rouhandeh, Chaffin, and Cole present for Defendant. After argument, the Court takes the matter under advisement. The parties are instructed to submit (jointly) a chart that outlines the products liability/personal injury cases by June 6, 2006. In addition, by the close of business on June 6, 2006, the parties are to submit a joint proposed Case Management Order that indicates all areas of agreement with regard to the CMO, as well as all areas of dispute regarding template discovery, including each party's proposed version. Briefs on this matter are to be submitted by June 9, 2006, and a hearing will be held on June 15, 2006 at 3:00 pm. The Court also hears from Attorney Daley for the Assurant Plaintiffs re: the motion to remand and from Attorney Greene regarding the sales and marketing plaintiffs. Defendant is to file by June 9, 2006 a response to Assurant's motion to remand. The Court will hold monthly status conferences to hear discovery disputes. See Scheduling Order issued on 5/19/06 for additional details. (Digital Recording).(Tyler, Rebecca) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 6/15/2006 at 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. All briefing due by June 9, 2006.(Tyler, Rebecca) (Entered: 05/19/2006) |
| 05/19/2006 | 321 | Response by Pfizer, Inc. to 316 Objection to Report and Recommendations, *RESPONSE OF PFIZER INC. AND WARNER-LAMBERT COMPANY TO PLAINTIFFS' POST-HEARING SUBMISSION OF CHART IDENTIFYING FALSE STATEMENTS AND MATERIAL OMISSIONS ALLEGED IN COMPLAINTS*. (Chaffin, David) (Entered: 05/19/2006) |
| 05/19/2006 | | Judge Leo T. Sorokin : Electronic ORDER entered. The defendants' Motion for a Protective Order (Docket #161) is hereby DENIED, insofar as it applies to the Products Liability Plaintiffs. Because the Motion was originally addressed to the Sales and Marketing side of the case which is currently stayed, the Clerk need not resolve the Motion on the docket. Any specific disputes regarding the scope or breadth of discovery will be |

| | | |
|---|---|---|
| | | addressed when presented at the monthly discovery hearings.(Tyler, Rebecca) (Entered: 05/19/2006) |
| 05/19/2006 | 322 | Judge Leo T. Sorokin : ORDER entered. Take Note that the following dates have been set for monthly status conferences re: discovery issues. See attached SCHEDULING ORDER for details.(Tyler, Rebecca) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 6/15/2006 03:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 7/11/2006 02:15 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Briefing due 7/6/06(Simeone, Maria) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 8/15/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Briefing due 8/10/06. (Simeone, Maria) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 9/12/2006 02:30 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Briefing due 9/7/06(Simeone, Maria) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 10/17/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Briefing due 10/12/06(Simeone, Maria) Modified on 5/19/2006 (Simeone, Maria). (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 11/14/2006 02:30 PM in Courtroom 13 before Magistrate Judge Leo T. Sorokin. Briefing due 11/9/06(Simeone, Maria) (Entered: 05/19/2006) |
| 05/19/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 12/12/2006 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Briefing due 12/7/06(Simeone, Maria) (Entered: 05/19/2006) |
| 05/19/2006 | 325 | NOTICE of Change of Firm Name by Harris L. Pogust (Patch, Christine) Modified on 5/24/2006 (Patch, Christine). (Entered: 05/24/2006) |
| 05/22/2006 | 323 | RESPONSE to Motion re 318 MOTION for Order to to Lift Stay of Remand *Defendants' Response to Request for Statement of Position on Assurant Plaintiffs' Motion to Lift Stay* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 05/22/2006) |
| 05/24/2006 | 324 | TRANSCRIPT of Objections to Reports and Recommendations held on May 3, 2006 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/24/2006) |
| 05/26/2006 | 326 | Response by Pfizer, Inc. to 315 Objection to Report and Recommendations *RESPONSE OF PFIZER INC. AND WARNER-LAMBERT COMPANY TO PLAINTIFFS' POST-HEARING* |

| | | |
|---|---|---|
| | | *SUBMISSION REGARDING FDA RULE.* (Chaffin, David) (Entered: 05/26/2006) |
| 05/31/2006 | 327 | NOTICE by Assurant Plaintiffs re 323 Response to Motion, 125 Status Report,,,,, 126 Status Report *of Supplemental Authority and Supplemental Pleading with Respect to their Remand Motion* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Certificate of Service)(Vesel, Jeffrey) (Entered: 05/31/2006) |
| 06/01/2006 | 328 | STATUS REPORT *June 1, 2006* by Pfizer, Inc.. (Attachments: # 1 Part 1 of 2# 2 Part 2 of 2)(Chaffin, David) (Entered: 06/01/2006) |
| 06/06/2006 | 329 | MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* by Pfizer, Inc..(Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 330 | Letter/request (non-motion) from Andrew G. Finkelstein and Kenneth B. Fromson on behalf of Plaintiffs Products Liability Steering Committee *regarding plaintiffs' positions as to outstanding discovery.* (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Polimeni, Eleanor) (Entered: 06/06/2006) |
| 06/06/2006 | 331 | MEMORANDUM in Support re 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 332 | DECLARATION re 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition of Erik M. Zissu* by Pfizer, Inc.. (Attachments: # 1 Exhibit A)(Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 333 | Proposed Document(s) submitted by Pfizer, Inc.. Document received: TEMPLATE DISCOVERY: DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PRODUCTS LIABILITY PLAINTIFFS. (Attachments: # 1 Part 2 of 2# 2 Exhibit A)(Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 334 | Proposed Document(s) submitted by Pfizer, Inc.. Document received: TEMPLATE DISCOVERY: DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PRODUCTS PLAINTIFFS. (Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 335 | Proposed Document(s) submitted by Pfizer, Inc.. Document received: TEMPLATE DISCOVERY: PRODUCT LIABILITY PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO DEFENDANTS. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 336 | Proposed Document(s) submitted by Pfizer, Inc.. Document received: TEMPLATE DISCOVERY: PRODUCT LIABILITY PLAINTIFFS' FIRST INTERROGATORIES DIRECTED TO DEFENDANTS. (Chaffin, David) (Entered: 06/06/2006) |
| 06/06/2006 | 337 | STATUS REPORT *Case Management Orders in the MDL* by Pfizer, Inc.. (Chaffin, David) Additional attachment(s) added on 6/8/2006 (Patch, Christine). (Entered: 06/06/2006) |

| | | |
|---|---|---|
| 06/06/2006 | 338 | STATUS REPORT *Products Liability Actions* by Pfizer, Inc.. (Attachments: # (1) Part 2 of 2)(Chaffin, David) Additional attachment(s) added on 6/8/2006 (Patch, Christine). (Entered: 06/06/2006) |
| 06/07/2006 | 339 | MOTION to Strike 330 Letter/request (non-motion), Letter/request (non-motion) *MOTION TO STRIKE "PRODUCTS LIABILITY PLAINTIFFS POSITIONS AS TO OUTSTANDING DISCOVERY: AGREEMENTS AND DISPUTES"* by Pfizer, Inc..(Chaffin, David) (Entered: 06/07/2006) |
| 06/07/2006 | 340 | MEMORANDUM in Support re 339 MOTION to Strike 330 Letter/request (non-motion), Letter/request (non-motion) *MOTION TO STRIKE "PRODUCTS LIABILITY PLAINTIFFS POSITIONS AS TO OUTSTANDING DISCOVERY: AGREEMENTS AND DISPUTES"* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/07/2006) |
| 06/08/2006 | 341 | Opposition re 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* filed by Members of the Plaintiffs Product Liability Steering Committee. (Attachments: # 1 Exhibit A)(Polimeni, Eleanor) (Entered: 06/08/2006) |
| 06/08/2006 | 342 | MEMORANDUM in Opposition re 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 06/08/2006) |
| 06/08/2006 | 343 | MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition* by Pfizer, Inc..(Chaffin, David) (Entered: 06/08/2006) |
| 06/08/2006 | 344 | MEMORANDUM in Support re 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/08/2006) |
| 06/08/2006 | 345 | AFFIDAVIT of Kathryn M. Carney Cole in Support re 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/08/2006) |
| 06/08/2006 | 346 | DECLARATION of Kenneth B. Fromson in Opposition to 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* by Members of the Plaintiffs Product Liability Steering Committee. (Attachments: # 1 Exhibit A). Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 06/09/2006) |
| 06/09/2006 | | Documents terminated: 341 Opposition to Motion filed by Members of the Plaintiffs Product Liability Steering Committee,. (Patch, Christine) (Entered: 06/09/2006) |
| 06/09/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 341 terminated because: it was filed using the incorrect event. Please refer to Document No. 346 for corrected filing (Patch, Christine) (Entered: 06/09/2006) |
| 06/09/2006 | 347 | MEMORANDUM OF LAW by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 06/09/2006) |

| | | |
|---|---|---|
| 06/09/2006 | 348 | MEMORANDUM OF LAW by Pfizer, Inc. to 333 Proposed Document(s) submitted, Proposed Document(s) submitted, 334 Proposed Document(s) submitted. (Attachments: # 1 Exhibit A)(Chaffin, David) (Entered: 06/09/2006) |
| 06/09/2006 | 349 | MEMORANDUM in Opposition re 296 MOTION to Remand filed by Pfizer, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Chaffin, David) (Entered: 06/09/2006) |
| 06/09/2006 | 350 | MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION* by Pfizer, Inc..(Chaffin, David) (Entered: 06/09/2006) |
| 06/09/2006 | 351 | MEMORANDUM in Support re 350 MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/09/2006) |
| 06/09/2006 | 352 | DECLARATION re 350 MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION of Erik M. Zissu* by Pfizer, Inc.. (Attachments: # 1 Exhibit A)(Chaffin, David) (Entered: 06/09/2006) |
| 06/12/2006 | 353 | DECLARATION re 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition Declaration of Kenneth B. Fromson in opposition to defendants' motion for protective order* by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 06/12/2006) |
| 06/12/2006 | 354 | MEMORANDUM OF LAW by Members of the Plaintiffs Product Liability Steering Committee to 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition*. (Polimeni, Eleanor) (Entered: 06/12/2006) |
| 06/12/2006 | 355 | REPLY to Response to Motion re 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/12/2006) |
| 06/12/2006 | 356 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER. The Court adopts the 269 REPORT AND RECOMMENDATIONS, and grants in part and denies in part 58 MOTION to Dismiss *First Coordinated Amended Complaint* filed by Pfizer, Inc.,, 59 MOTION to Dismiss *Amended Class Action Complaint* filed by Pfizer, Inc. "The Court allows Plaintiffs to file amended complaints within twenty days of this opinion. Any renewed motions to dismiss and supporting memoranda shall be filed within 20 days, and any opposition within 14 days thereafter. The briefs are limited to twenty pages. The Court is likely to resolve any disputes without further hearing. All discovery issues and case management shall be handled by the Magistrate Judge." (Patch, Christine) (Entered: 06/13/2006) |
| 06/12/2006 | 357 | MEMORANDUM in Opposition re 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition* filed by Members of the Plaintiffs Product Liability Steering Committee. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 06/13/2006) |

| Date | # | Description |
|---|---|---|
| 06/13/2006 | | Documents terminated: 354 Memorandum of Law filed by Members of the Plaintiffs Product Liability Steering Committee,. (Patch, Christine) (Entered: 06/13/2006) |
| 06/13/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 354 terminated because it was filed using the incorrect event. Please refer to Document No. 357 for corrected filing (Patch, Christine) (Entered: 06/13/2006) |
| 06/13/2006 | 358 | DECLARATION re 350 MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION declaration of Kenneth B. Fromson, Esq. in opposition to Defendants' Motion for Protective Order* by Members of the Plaintiffs Product Liability Steering Committee. (Attachments: # 1 Exhibit A)(Polimeni, Eleanor) (Entered: 06/13/2006) |
| 06/13/2006 | 359 | MEMORANDUM in Opposition re 350 MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION* filed by Members of the Plaintiffs Product Liability Steering Committee. (Polimeni, Eleanor) (Entered: 06/13/2006) |
| 06/13/2006 | 360 | STIPULATION *AND ORDER CONCERNING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT* by Pfizer, Inc.. (Chaffin, David) (Entered: 06/13/2006) |
| 06/14/2006 | 361 | REPLY to Response to Motion re 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/14/2006) |
| 06/14/2006 | 362 | DECLARATION re 361 Reply to Response to Motion *of Erik M. Zissu* by Pfizer, Inc.. (Chaffin, David) (Entered: 06/14/2006) |
| 06/15/2006 | 363 | MOTION to Dismiss *THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES* by Pfizer, Inc..(Chaffin, David) (Entered: 06/15/2006) |
| 06/15/2006 | 364 | MEMORANDUM in Support re 363 MOTION to Dismiss *THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/15/2006) |
| 06/15/2006 | 365 | DECLARATION re 363 MOTION to Dismiss *THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES of Patrick J. Murray* by Pfizer, Inc.. (Chaffin, David) (Entered: 06/15/2006) |
| 06/15/2006 | 366 | NOTICE of Change of Address by Jack W. London (London, Jack) (Entered: 06/15/2006) |
| 06/15/2006 | 367 | NOTICE of Change of Address by Jack W. London (London, Jack) (Entered: 06/15/2006) |
| 06/15/2006 | 368 | REPLY to Response to Motion re 350 MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/15/2006) |

| | | |
|---|---|---|
| 06/15/2006 | | Electronic Clerk's Notes for proceedings held before Judge Leo T. Sorokin : Hearing held on 6/15/2006 re: the parties' proposed discovery templates. In addition, the following motions were heard: 329 MOTION for Protective Order *Concerning Scheduling of Rule 30(B)(6) Deposition* filed by Pfizer, Inc., 343 MOTION for Protective Order *Concerning Scheduling of Martin Teicher's Deposition* filed by Pfizer, Inc., 339 MOTION to Strike 330 Letter/request (non-motion), Letter/request (non-motion) *MOTION TO STRIKE "PRODUCTS LIABILITY PLAINTIFFS POSITIONS AS TO OUTSTANDING DISCOVERY: AGREEMENTS AND DISPUTES"* filed by Pfizer, Inc., 350 MOTION for Protective Order *CONCERNING MI DONG'S DEPOSITION* filed by Pfizer, Inc. Attys Fromson and Finkelstein present for the products liability plaintiffs; Attys. Tabb and Rona present for the sales and marketing plaintiffs. Attys Rouhandeh, Chaffin, Cole and Zissu present for the defendants. After argument, the Court takes the matters under advisement. The Court sets forth a schedule for briefing prior to the July 11, 2006 status conference. Order to follow. (Court Reporter Cheryl Dahlstrom.) (Tyler, Rebecca) (Entered: 06/15/2006) |
| 06/15/2006 | 371 | Magistrate Judge Leo T. Sorokin : ORDER entered. STIPULATION AND ORDER CONCERNING TIME TO ANSWER, MOVE OR OTHERWISE RESOND TO PLAINTIFFS COMPLAINT 360 endorsed. (Simeone, Maria) (Entered: 06/19/2006) |
| 06/16/2006 | 369 | MOTION to Modify *CASE MANAGEMENT ORDER NO. 3* by Pfizer, Inc..(Chaffin, David) (Entered: 06/16/2006) |
| 06/16/2006 | 370 | MEMORANDUM in Support re 369 MOTION to Modify *CASE MANAGEMENT ORDER NO. 3* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/16/2006) |
| 06/19/2006 | 372 | Judge Leo T. Sorokin: MEMORANDUM AND ORDER entered.(Tyler, Rebecca) (Entered: 06/19/2006) |
| 06/21/2006 | 373 | NOTICE by Pfizer, Inc. *NOTICE OF CORRECTED MEMORANDUM OF LAW OF PFIZER INC. AND WARNER-LAMBERT COMPANY IN SUPPORT OF MOTION TO DISMISS THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES* (Chaffin, David) (Entered: 06/21/2006) |
| 06/21/2006 | 374 | MEMORANDUM in Support re 363 MOTION to Dismiss *THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES (CORRECTED)* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/21/2006) |
| 06/23/2006 | 375 | MOTION for Protective Order *Concerning Scope of Discovery* by Pfizer, Inc..(Chaffin, David) (Entered: 06/23/2006) |
| 06/23/2006 | 376 | MEMORANDUM in Support re 375 MOTION for Protective Order *Concerning Scope of Discovery* filed by Pfizer, Inc.. (Chaffin, David) (Entered: 06/23/2006) |
| 06/28/2006 | 377 | Unopposed MOTION for Extension of Time to 8/1/06 to File |

| | | Response/Reply as to 363 MOTION to Dismiss *THE PERSONAL INJURY PLAINTIFFS' CLAIMS BASED UPON ALLEGEDLY IMPROPER MARKETING PRACTICES* by Members of the Plaintiffs Product Liability Steering Committee.(Polimeni, Eleanor) Modified on 6/28/2006 (Patch, Christine). (Entered: 06/28/2006) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/29/2006 10:30:09 | | | |
| PACER Login: | sk0310 | Client Code: | neurotin |
| Description: | Docket Report | Search Criteria: | 1:04-cv-10981-PBS Start date: 2/17/2006 End date: 6/29/2006 |
| Billable Pages: | 10 | Cost: | 0.80 |