IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA;<br>MUNICIPAL WORKERS COMPENSATION<br>FUND, INC.,<br><br>PLAINTIFFS,<br><br>vs.<br><br>PFIZER INC., ET AL.,<br><br>DEFENDANTS. | CASE NO. 06-CV-524-MEF-VPM |

## CORPORATE DISCLOSURE STATEMENT

Come now Plaintiffs, Blue Cross and Blue Shield of Alabama and the Municipal Workers Compensation Fund, Inc., and submit this Corporate Disclosure Statement in compliance with Rule 7.1(a) of the Federal Rules of Civil Procedure and this Court's Standing Order on Corporate Disclosure Statement, Civil Misc. No. 3047 (M.D. Ala. Jan. 14, 2000):

1. Plaintiff Blue Cross and Blue Shield of Alabama is not a publicly traded company, has no parent corporation, and has no subsidiary or affiliate that has issued shares to the public.

2. Plaintiff Municipal Workers Compensation Fund, Inc., is not a publicly traded company, has no parent corporation, and has no subsidiary or affiliate that has issued shares to the public.

Respectfully submitted,

/s/ Pamela B. Slate
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
Slate Kennedy LLC
166 Commerce Street, Suite 350
Montgomery, Alabama 36104
Phone: (334) 262-3300
Fax:    (334) 262-3301

OF COUNSEL:

Kimberly R. West (ASB-2419-E65K)
kw@wallacejordan.com
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253-0910
Phone:(205) 870-0555
Fax:    (205) 871-7534

Joshua J. Wright (ASB-4891-W51J)
joshw@hollis-wright.com
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, AL  35203
Phone:(205) 324-3600
Fax:    (205) 324-3636

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of the United States District Court, Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following:

    Andrew Burns Johnson, Esquire
    Brian A. Wahl, Esquire
    Fred M. (Tripp) Haston, III, Esquire
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, Alabama 35203-2104

  In addition, I hereby certify that notification of such filing has this date been served on the following by placing same in the U.S. Mail, postage prepaid and properly addressed to:

David Longmire
13150 Highway 143
Russellville, AL 35653

              s/ Pamela B. Slate
              Pamela B. Slate (ASB-8938-A43P)
              pslate@slatekennedy.com
              Slate Kennedy LLC
              166 Commerce Street, Suite 350
              Montgomery, Alabama 36104
              Phone: (334) 262-3300
              Fax: (334) 262-3301