IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-524-MEF ) |
| PFIZER, INC., *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #4) filed on June 29, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before July 24, 2006. The plaintiffs may file a reply brief on or before July 31, 2006.

DONE this the 12th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE