IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.,* | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:06-cv-524-MEF |
| | ) | |
| PFIZER, INC., *et al.,* | ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion to Remand to State Court (Doc. #5) filed on June 29, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 12th day of July, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE