# EXHIBIT "A"

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, N.Y. 10017
212 450 4000
FAX 212 450 3800

1300 I STREET, N.W.
WASHINGTON, D.C. 20005

1600 EL CAMINO REAL
MENLO PARK, CA 94025

99 GRESHAM STREET
LONDON EC2V 7NG

15, AVENUE MATIGNON
75008 PARIS

MESSETURM
60308 FRANKFURT AM MAIN

MARQUÉS DE LA ENSENADA, 2
28004 MADRID

1-6-1 ROPPONGI
MINATO-KU, TOKYO 106-6033

3A CHATER ROAD
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
james.rouhandeh@dpw.com

July 20, 2006

Re: **MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation**

Mr. Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

Dear Mr. Lüthi:

Pursuant to Panel Rule 7.5(e), Defendants Pfizer Inc. and Warner-Lambert Company LLC hereby notify and advise the Judicial Panel on Multidistrict Litigation (the "Panel") that the following actions, listed below, are potential tag-along actions in the above-captioned matter:

1) *Blue Cross and Blue Shield of Alabama v. Pfizer, Inc. et al.*, No. 2:06-cv-00524-MEF-VPM, pending in the United States District Court for the Middle District of Alabama before United States District Judge Mark E. Fuller.

2) *Jamie Fenelon v. Pfizer, Inc. et al.*, No. 1:06-cv-04136-JSR, pending in the United States District Court for the Southern District of New York before United States District Judge Jed S. Rakoff.

3) *Patti Long v. Pfizer, Inc. et al.*, No. 1:06-cv-04285-JSR, pending in the United States District Court for the Southern District of New York before United States District Judge Jed S. Rakoff.

Mr. Jeffery N. Lüthi                  2                  July 20, 2006

4) *Amy Wendorf v. Pfizer, Inc. et al.*, No. 2:06-cv-00589-DWA, pending in the United States District Court for the Western District of Pennsylvania before United States District Judge Donetta W. Ambrose.

Under Panel Rule 1.1, the above actions contain common factual allegations similar to those in the twenty-seven actions transferred by the Panel on October 26, 2004 to the District Court of Massachusetts (MDL 1629).

Enclosed please find a courtesy copy of the above-mentioned actions as well as their docket sheets.

If you have any questions, please do not hesitate to call me.

Respectfully submitted,

James P. Rouhandeh
COUNSEL FOR PFIZER INC. AND
WARNER-LAMBERT COMPANY LLC

Enclosures

cc w/o enc:    Counsel for Plaintiffs of Above-Noted Potential Tag-Along Actions (without enclosures; via U.S. Mail)

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

------------------------------------- x
                                      :
IN RE NEURONTIN MARKETING, SALES      :
PRACTICES AND PRODUCTS LIABILITY      :
LITIGATION                            :   MDL DOCKET NO: 1629
                                      :
                                      :
------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 20, 2006, a true and correct copy of the July 20, 2006 Letter from Davis Polk & Wardwell, Counsel for Defendants in the Above-Captioned Action, to the Judicial Panel on Multidistrict Litigation noticing Tag-Along Actions was served upon the individuals on the attached Panel Attorney Service List by first class mail, postage prepaid.

By: /s/ Deborah L. MacGregor
Deborah L. MacGregor

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4228
(212) 450-3228

## SERVICE LIST
### In re Neurontin Marketing, Sales Practices and Products Liability Litigation
### (MDL Docket No. 1629)

Kimberly R. West
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
800 Shades Creek Parkway
Suite 400
Birmingham, AL  35209

Pamela Beard Slate
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, AL  36104

**Attorneys for Plaintiff Blue Cross and Blue Shield of Alabama**


Joshua J. Wright
HOLLIS & WRIGHT PC
505 North 20th Street, Suite 1500
Birmingham, AL  35203

**Attorney for Plaintiff Municipal Workers Compensation Fund, Inc.**


Andrew G. Finkelstein
Eleanor Louise Polimeni
FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, NY  12550

**Attorneys for Plaintiffs Jamie Fenelon and Patti Long**


Benjamin J. Sweet
SCHIFFRIN & BARROWAY
280 King of Prussia Road
Radnor, PA  19087

**Attorney for Plaintiff Amy Wendorf**