# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALABAMA FOREST PRODUCTS INDUSTRY WORKMEN'S COMPENSATION SELF-INSURER'S FUND, on behalf of itself and a class of similarly situated persons, firms, corporations, individuals or entities,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER INC., and WARNER-LAMBERT COMPANY, LLC, et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2: 04-CV-711-W<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION ("MDL")

The Court, upon consideration of the Joint Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation ("MDL") filed by the parties herein, and being fully advised in the premises, hereby finds that the interests of judicial economy would be served by the granting of the motion. Accordingly, it is

ORDERED that the motion is GRANTED. It is further ordered that all deadlines and proceedings in this matter shall be stayed, effective as of the date of this order, including but not limited to the Defendants' time to answer or otherwise respond to the Complaint and the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, until this case is transferred to a single

district court for coordinated and consolidated pre-trial proceedings in accordance with the transfer order to be entered in *In re Neurontin Marketing and Sales Litigation,* MDL Docket No. 1629. It is further ordered that this stay shall remain in effect for sixty (60) days after transfer of this case to the MDL Court, or until as otherwise ordered by the MDL Court. It is further ordered that Defendants shall have sixty (60) days after transfer of this case to the MDL Court, or until as otherwise ordered by the MDL Court, to answer or otherwise respond to the Complaint filed herein.

DONE, this 23rd day of August, 2004.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE