IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.,* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-524-MEF |
| | ) |
| PFIZER, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Stay All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (Doc. #9) filed on July 21, 2006, it is hereby

ORDERED that the plaintiffs show cause in writing on or before August 4, 2006 as to why the motion should not be granted.

DONE this 24th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE