## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BLUE CROSS AND BLUE SHIELD OF ALABAMA; MUNICIPAL WORKERS COMPENSATION FUND, INC.,** | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION NO. 2:06-cv-0524-MEF-VPM** |
| **PFIZER, INC., WARNER-LAMBERT COMPANY LLC; WARNER-LAMBERT COMPANY; PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT COMPANY AND WARNER-LAMBERT COMPANY LLC; DAVID LONGMIRE,** | ) ) ) ) ) ) ) | |
| Defendants. | | |

### DEFENDANTS' NOTICE OF TRANSFER

On August 11, 2006 the Judicial Panel on Multidistrict Litigation entered Conditional Transfer Order 27 transferring the above-referenced matter pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel for Multi-District Litigation as part of *In re Neurontin Marketing, Sales Practices & Products Liability Litigation*, MDL No. 1629. (*See* Transfer Order (attached at Exhibit 1)).

DATED this 22[th] day of August, 2006.

1/1471922.2

Respectfully submitted,

/s/ F. M. Haston, III

Fred M. Haston, III
ASB-8858-A64F
*One of the Attorneys for Defendants*
*Pfizer Inc., Parke-Davis, Warner-*
*Lambert Company, Warner-Lambert*
*Company LLC*
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: thaston@bradleyarant.com

**OF COUNSEL:**
Andrew B. Johnson (ASB-8504-R76J)
Brian A. Wahl (ASB-3819-A59W)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
ajohnson@bradleyarant.com
bwahl@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***COUNSEL FOR BLUE CROSS AND BLUE SHIELD OF ALABAMA***
Kimberly Redman West
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
P.O. Box 530910
Birmingham, Alabama  35253-0910
kw@wallacejordan.com

Pamela Beard Slate
SLATE KENNEDY LLC
166 Commerce Street, Suite 350
Montgomery, Alabama  36104-2560
pslate@slatekennedy.com

***COUNSEL FOR MUNICIPAL WORKERS COMPENSATION FUND, INC.***
Josh J. Wright
HOLLIS & WRIGHT, P.C.
505 North 20th Street
Suite 1750
Birmingham, Alabama   35203
joshw@hollis-wright.com

***COUNSEL FOR DAVID REYNOLDS LONGMIRE, M.D.***
Charles Keith Hamilton
Bruce F. Rogers
BAINBRIDGE, MIMS, ROGERS & HAMILTON
The Luckie Building
600 Luckie Drive
Birmingham, Alabama 35253
khamilton@bainbridgemims.com
brogers@bainbridgemims.com

_____
OF COUNSEL