# EXHIBIT "A"

**Before the Judicial Panel on Multidistrict Litigation**

**MDL Docket No. 1629**

**In Re Neurontin Marketing, Sales Practices and Products Liability Litigation**

---

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-27) FOR TAG-ALONG ACTION**
*Blue Cross and Shield of Alabama, et al. v. Pfizer Inc., et al.,*
No. 2:06-cv-00524-MEF-VPM (M.D. Ala.)

---

Come now the Plaintiffs, Blue Cross and Blue Shield of Alabama ("BCBSAL") and the Municipal Workers Compensation Fund, Inc. ("MWCF"), and give notice of their opposition to CTO-27.

                                         Respectfully submitted,

                                         */s/ Pamela B. Slate*
                                         Pamela B. Slate
                                         Slate Kennedy LLC
                                         166 Commerce Street, Suite 350
                                         Montgomery, Alabama 36104
                                         Phone: (334) 262-3300
                                         Fax:   (334) 262-3301
                                         *Counsel to Blue Cross and Blue Shield of Alabama*

OF COUNSEL:

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253-0910
Phone:(205) 870-0555
Fax:    (205) 871-7534
*Counsel to Blue Cross and Blue Shield of Alabama*


Joshua J. Wright
Hollis & Wright, P.C.
505 North 20th Street, Suite 1750
Birmingham, AL  35203
Phone:(205) 324-3600
Fax:    (205) 324-3636
*Counsel to Municipal Workers Compensation Fund, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I have served the foregoing on all counsel appearing on the attached Involved Counsel List for CTO-27, MDL Docket No. 1629, by placing same in the U.S. Mail, postage prepaid.

*/s/ Pamela B. Slate*
Pamela B. Slate
Slate Kennedy LLC
166 Commerce Street, Suite 350
Montgomery, Alabama 36104
Phone: (334) 262-3300
Fax:    (334) 262-3301


# INVOLVED COUNSEL LIST (CTO-27)
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Terry P. Abeyta
Abeyta Nelson, P.C.
1102 West Yakima Avenue
Yakima, WA 98902-3029

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Ricardo A. Garcia
Garcia & Karam, L.L.P.
820 S. Main Street
McAllen, TX 78501

Darolyn Yoshie Hamada
Shook, Hardy & Bacon, LLP
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614-2546

John James, Jr.
4486 39th Street
Number 6
San Diego, CA 92116

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Jason Morrow
4486 39th Street
Number 6
San Diego, CA 92116

Bruce F. Rogers
Bainbridge, Mims, Rogers & Smith
P.O. Box 530886
Birmingham, AL 35253-0886

Ezra Rosenberg
Dechert LLP
P.O. Box 5218
Princeton, NJ 08543

James P. Rouhandeh
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Pamela B. Slate
Slate, Kennedy LLC
166 Commerce Street
Suite 350
Montgomery, AL 36104

Adam M. Slater
Nagel, Rice & Mazie, LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209

Joshua J. Wright
Hollis & Wright, PC
Financial Center
505 North 20th Street
Suite 1500
Birmingham, AL 35203

Erik M. Zissu
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017