IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-524-MEF ) |
| PFIZER, INC., *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

This cause is before the Court on the Motion to Stay All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (Doc. #9) filed on July 21, 2006. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED as follows:

(1) The Motion to Stay All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (Doc. #9) is GRANTED and this case is STAYED pending a final decision from the Judicial Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

(2) A ruling on Plaintiffs' Motion for Remand to State Court and Memorandum in Support Thereof (Doc. # 4) is WITHHELD pending a final decision from the Judicial Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this the 18th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE